IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Nel Steffens  
Court Reporter:    Kara Spitler

Date: July 3, 2013

Civil Action No.  13-cv-01420-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| BLOCK 5 ASSET, LLC, a Colorado limited liability company, | Kathryn Hopping<br>Darrell Waas<br>Tom Shipps |
| Plaintiff, | Dan Minzer |
| v. | |
| QPK DESIGN, AND<br>JOHN P. STOPEN ENGINEERING, LLP, | Armando Aguilar<br>Michael Bohn |
| Defendants. | |

# COURTROOM MINUTES

**MOTION  HEARING**

**Court in session:       8:01 a.m.**

Appearances of counsel.

Court addresses the plaintiff's **Motion To Remand and Request for Immediate Hearing and Attorneys Fees and Costs Pursuant to 28 U.S.C. §1447(c)** [#9] filed June 3, 2013.

Ms. Hopping states that parties are not presenting evidence, just oral argument.

8:03 a.m.       Argument by Ms. Hopping.

Colloquy between the Court and Ms. Hopping.

8:11 a.m.       Argument by Mr. Shipps.

Colloquy between the Court and Mr. Shipps.

8:19 a.m.     Argument by Mr. Aguilar.

Colloquy between the Court and Mr. Aguilar.

For the reasons and findings as stated on the record, it is

**ORDERED:**   That the plaintiff's **Motion To Remand and Request for Immediate Hearing and Attorneys Fees and Costs Pursuant to 28 U.S.C. §1447(c)** [#9] filed June 3, 2013, is **GRANTED IN PART** and **DENIED IN PART**; the motion is **GRANTED** as to the motion to remand and **DENIED** as to award of attorneys fees and costs.

**ORDERED:**   That this matter is **REMANDED** to the City and County of Denver, Colorado.

**Court in recess:**     8:59 a.m.

Hearing concluded.

Total time:     00:058